[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11850
Non-Argument Calendar

_____

D.C. Docket No. 4:18-cr-00236-RSB-CLR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRENCHY HILLIARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 17, 2019)

Before MARTIN, ROSENBAUM and BRANCH, Circuit Judges.

PER CURIAM:

Amit M. Navare, appointed counsel for Frenchy Hilliard in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the record reveals that counsel's assessment of the

relative merit of the appeal is correct.  Because independent examination of the

record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Hilliard's conviction and sentence are **AFFIRMED**.